Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam

DEPUTY CLERK A. Caffrey   RPTR/ECRO/TAPE FTR - CR 4

TOTAL TIME: ____ hours  7 minutes

DATE: 3/1/2019   START TIME: 1:32PM   END TIME: 1:39PM

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:18-cv-01307-KAD

Christopher Agosta                                   Matthew J. Muttart
                                                     Plaintiff's Counsel
          vs
Union Bell, LLC                                     Jose Antonio Aguiar
                                                     Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing Stlmnt Cf.

☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: Settlement conference commenced on the record